UNITED STATES DISTRICT COURT
EASTERN DISTRICT 1OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-46-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL MOTION TO |
| | ) | CONTINUE SENTENCING |
| | ) | |
| COREY COPELAND, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion to Seal [DE-32] his Motion to Continue [DE-31] the sentencing hearing. For GOOD CAUSE shown, Defendant's Motion is ALLOWED, and the Clerk of Court is DIRECTED to seal Defendant's Motion to Continue [DE-31].

SO ORDERED.

This, the 22nd day of October, 2010.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge