UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Corey Copeland**                    **Docket No. 7:10-CR-46-1BO**

### Petition for Action on Supervised Release

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Corey Copeland, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 541(a)(1) and 846, was sentenced by the Honorable James C. Fox, Senior United States District Judge, on December 14, 2010, to the custody of the Bureau of Prisons for a term of 262 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months. On November 19, 2019, pursuant to the First Step Act, the defendant was resentenced by the Honorable Terrence W. Boyle, United States District Judge, to serve 180 months imprisonment followed by a 6 year term of supervised release. Corey Copeland was released from custody on October 27, 2023, at which time the term of supervised release commenced.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is currently being supervised in the Western District of North Carolina by Senior U.S. Probation Officer Jake Stoltenberg. On March 19, 2024, our office received a request to modify the defendant's conditions of supervision. A warrantless search condition was previously imposed by the court; however, it is requested that this condition be modified to include the language that is standard in the Western District of North Carolina. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a search if the Probation Officer has a reasonable suspicion that the defendant has committed a crime or a violation of a condition of supervised release. Such a search may be conducted by a U.S. Probation Officer, and such other law enforcement personnel as the probation officer may deem advisable, without a warrant or the consent of the defendant. Such search may be of any place where evidence of the above may reasonably be expected to be found, including defendant's person, property, house, residence, vehicle, communications or data storage devices or media or office.

Except as herein modified, the judgment shall remain in full force and effect.

Corey Copeland
**Docket No. 7:10-CR-46-1BO**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: March 29, 2024

## ORDER OF THE COURT

Considered and ordered this ___**2 8**___ day of ___*March*___, 2024, and ordered filed and
made a part of the records in the above case.

Terrence W. Boyle
United States District Judge